# Court of Appeals of the State of Georgia

ATLANTA, April 16, 2026

*The Court of Appeals hereby passes the following order:*

## A26A1694. SCOTT BOLLES v. GEICO INDEMNITY COMPANY.

Scott Bolles has filed this direct appeal from the trial court's grant of OCGA § 9-15-14(b) attorney fees to GEICO Indemnity Company. We lack jurisdiction.

An appeal from a trial court order awarding attorney fees under OCGA § 9-15-14 must be initiated by filing an application for discretionary review. OCGA § 5-6-35(a)(10), (b); *Low v. Swift*, 367 Ga. App. 874, 876 (889 SE2d 122) (2023). Compliance with the discretionary appeals procedure is jurisdictional. *Capricorn Sys. v. Godavarthy*, 253 Ga. App. 840, 842 (560 SE2d 730) (2002). Bolles's failure to comply with the discretionary appeal procedure deprives us of jurisdiction over the appeal. See *Low*, 367 Ga. App. at 876. Accordingly, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,* 04/16/2026

   *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

   *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*